JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin Figueroa | Case No. ED CV 14-02183-AB (KKx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| David Paul Sonneborn dba Round Table Pizza #0858 et al | |
| Defendants. | |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 10, 2014   _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.